UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.   3:17-mj-204 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KELI DIANE SPENCER | ) | |

Leave of Court is hereby granted for the dismissal of the complaint as to Material

Witness Keli Diane Spencer in the above-captioned case.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S.

Marshals Service and the United States Attorney's Office.

This ___9___ day of June, 2017.


_____
David S. Cayer
United States Magistrate Judge